```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


SHERRIE BURAS MANTON and                        CIVIL ACTION
INDEPENDENT FIREARM OWNERS
ASSOCIATION, INC.


VERSUS                                          NO: 11-785


RODNEY "JACK" STRAIN, JR., ET                   SECTION: R
AL.
```

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that all the claims over which the Court had original jurisdiction are DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiffs' state-law claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 27th day of December, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE