UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHERRIE BURAS MANTON and                         CIVIL ACTION
INDEPENDENT FIREARM OWNERS
ASSOCIATION, INC.

VERSUS                                           NO:     11-785

RODNEY "JACK" STRAIN, JR., ET AL.                SECTION:    R

EX PARTE MOTION AND REQUEST
ENTRY OF A FINAL JUDGMENT

On 19 August 2013 the Court entered Its Order on Motion for Attorney Fees at Rec. Doc.

No. 76. This is the last and most recent order issued by the Court.

To date the Court has not entered a final judgment in this matter, such as would fix a

date by which the parties shall know when they must notice their appeal.

Buras Manton and the Independent Firearm Owners Association, Inc. move the Court to

enter a final judgment accordingly.


Respectfully submitted:

s/ Daniel G. Abel

Daniel G. Abel                      Richard J. Feldman, Esq.
[La. Bar No. 8348]                  [Washington D.C. Bar No. 399259]
2421 Clearview Parkway              President, IFOA, Inc.
Legal Department                    PO Box 340
Suite 106                           129 Mountain Road
Metairie, LA 70001                  Rindge, NH 03461
Telephone: 504.208.9610             Telephone: 603. 899.6444
Facsimile: 888.577.8815             Facsimile: 888.727.2891

<u>Certificate of Service</u>

I have filed this pleading using the CM/ECF
system on 13 SEPTEMBER 2013 and served
all counsel.


s/ Daniel G. Abel