**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**SHERRIE BURAS MANTON**                                         **CIVIL ACTION**

**VERSUS**                                                                          **NO. 11-785**

**RODENY STRAIN, JR., ET AL.**                                   **SECTION "R" (3)**

**ORDER SETTING JUDGMENT DEBTOR EXAMINATION**

Before the Court is the Motion for Contempt and to Examine Judgment Debtor. [Doc. #78].

**IT IS ORDERED** that the Motion for Contempt and to Examine Judgment Debtor. [Doc. #78] is GRANTED.

**IT IS FURTHER ORDERED** that Daniel G. Abel, Esq., Richard J. Feldman, Esq., and a representative of Independent Firearm Owners Association, Inc. ("IFOA") are commanded to appear and submit to examination at a supplementary proceeding to be held before the undersigned at the U.S. Courthouse located in New Orleans, Louisiana on the 11th day of June, 2014 at 11:30 a.m. for the purpose of showing cause why they should not be held in contempt of this Court for their failure to satisfy the money judgment that is the subject of the instant motion.

**IT IS FURTHER ORDERED** that Mr. Abel, Mr. Feldman, and IFOA are commanded to appear and to submit to examination at the same time, date and place set out herein above for the purpose of determining what property or assets they may own in this district that may be subjected to execution or garnishment toward satisfaction of the judgment rendered against them herein on August 19, 2013.

**IT IS FURTHER ORDERED** that a copy of this order, together with the motion referenced above and the supporting affidavit of Charles M. Hughes, Jr., is to be served personally on Daniel G. Abel, Esq., Richard J. Feldman, Esq., and Independent Firearm Owners Association, Inc. by defendants no later than **eight** days prior to the date of the hearing set out above.

New Orleans, Louisiana, this 22nd day of May, 2014.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**