UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERRIE BURAS MANTON and INDEPENDENT FIREARM OWNERS ASSOCIATION, INC. | CIVIL ACTION NO.:  11-0785 |
| | SECTION:  "C" |
| VERSUS | MAGISTRATE:  04 |
| SHERIFF RODNEY "JACK" STRAIN, JR., ET AL. | JURY DEMAND |

**O R D E R**

Pursuant to the above and foregoing Ex-Parte Motion for Leave of Court to File Corrected Exhibit in Support of Defendants' Motion for Contempt and to Examine Judgment Debtor:

IT IS ORDERED that defendants Rodney J. Strain, Jr., the St. Tammany Parish Sheriff's Office, Al Strain, Fred Oswald, Brian O'Cull, Allen Schulkens, Randy Thibodeaux, Jerry Coyne, Jerry Rogers, Allen McGuire, and Charles M. Hughes, Jr., Esq., are hereby granted leave to file the attached corrected Exhibit in support of Defendants' Motion for Contempt and to Examine Judgment Debtors (Rec. doc. 78) currently pending in the above-captioned matter, that the faulty document (Rec. doc, 78-2) be stricken from the record, and that the attached document be substituted for it.

New Orleans, Louisiana, this __22nd__ day of May, 2014.

_Daniel E. Knowles, III_
United States Magistrate Judge